IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

————————————————— X
: 
MAUREEN M. BRITELL, :
:
Plaintiff, :
:
-versus- :           Civil Action No. 99CV11253NG
:
UNITED STATES OF AMERICA :
:
Defendant. :
:
————————————————— X

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT: MORALITY AS A LEGITIMATE STATE INTEREST

Plaintiff respectfully moves this Court, pursuant to Local Rule 7.1(B)(3), for leave to file a Reply to Defendant's Response to Plaintiff's Supplemental Memorandum in Support of Plaintiff's Motion for Summary Judgment: Morality as a Legitimate State Interest dated June 27, 2001.

After this Court on May 16, 2001 ordered supplemental briefing on the issue of morality as a state interest, counsel for Plaintiff, Brigitte Amiri, contacted counsel for Defendant, Neil Koslowe, in an effort to agree on a briefing schedule in which the Defendant would file its brief first, so that Plaintiff would know what morality justifications Defendant would advance in support of the CHAMPUS restriction at issue in this case, and so that Plaintiff would not simply be trying to demonstrate a negative. Mr. Koslowe would not agree to switch the briefing order, so Plaintiff filed her brief without knowing the specific arguments that Defendant would make in

DOCKETED (51)

support of the proposition that morality is a state interest sufficient to justify CHAMPUS restriction.

Having now had the benefit of Defendant's brief, Plaintiff requests an opportunity to respond to Defendant's specific arguments, and to provide the Court with the benefit of a focused response to the specific arguments on which Defendant relies to support the CMAMPUS restriction. Accordingly, Plaintiff seeks leave to file the reply brief filed with this motion. Pursuant to Local Rule 7.1(A)(2), Ms. Amiri, contacted Mr. Koslowe to seek his assent for this motion. Mr. Koslow declined to consent to this motion.

Respectfully Submitted,

_____
John H. Henn, BBO #230250
Foley, Hoag & Eliot LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 832-1000

Of counsel:

Simon Heller
Janet Benshoof
Brigitte Amiri
The Center for Reproductive Law & Policy
120 Wall Street, 14th floor
New York, New York 10005
(917) 637-3600

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/hand.

Date: 7/17/01  _____

Dated: July 17, 2001.